IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 17–05–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KYLE WILLIAM RUTHERFORD, | |
| Defendant. | |

Plaintiff United States of America moves to dismiss the Indictment in this matter without prejudice. Defendant does not oppose the motion.

Accordingly, IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 15) is GRANTED.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) in the above-captioned matter is DISMISSED without prejudice. This case is CLOSED.

Dated this 12th day of April, 2017.

Dana L. Christensen, Chief District Judge
United States District Court

1